# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

IN RE:                                                              Case No:    6:19-bk-06620-LVV

**CHERYL SUE BENNETT**

                                        Debtor   /          Chapter 13

## TRUSTEES CONSENT TO DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN
pursuant to the attached spreadsheet

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee in the above captioned case, and consents to the entry of an Order granting the Debtor's Motion to Modify Confirmed Plan (Document No. 40).

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 14th day of February, 2023.

**Debtor** - Cheryl Sue Bennett, 721 Royal Oak Drive East, Winter Garden, FL  34787

**Debtor'sAttorney -** Jennifer A Englert, Orlando Law Group, 12301 Lake Underhill Rd, Ste 213, Orlando, FL  32828-4511

/S/ LAURIE K. WEATHERFORD

Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com

| DUE DATE | | 19-6620 CJ | | BENNETT | | | | ATTY | | CLAIM 350 MONITORING FEES | | CLAIM 002 IRS | | CLAIM 003 CHRYSLER CAPITAL DODGE DURANGO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **7TH** | | 11/9/2019 | | | | 10.0% | | | | | | | | |
| | | Unsecured | | Debtor Pmt | | Tee Fee | | | | | | | | |
| | 60 | | 60 | | | | | | | | | AMENDED | | |
| 11/9/2019 | 1 | $911.09 | | $3,770.00 | | $377.00 | | $800.00 | | | | $181.55 | | $658.53 |
| 12/9/2019 | 2 | $911.09 | 2 at | **$3,770.00** | | $377.00 | | $800.00 | | | | $181.55 | 2 at | **$658.53** |
| 1/9/2020 | 3 | $919.33 | 1 at | **$3,777.00** | | $377.70 | 3 at | **$800.00** | | | | $181.55 | | $656.41 |
| 2/9/2020 | 4 | $929.54 | | $2,075.00 | | $207.50 | 1 at | **$100.00** | | | | $181.55 | | $656.41 |
| 3/9/2020 | 5 | $1,029.54 | | $2,075.00 | | $207.50 | | | | | | $181.55 | | $656.41 |
| 4/9/2020 | 6 | $1,029.54 | | $2,075.00 | | $207.50 | | | 6 at | | | $181.55 | | $656.41 |
| 5/9/2020 | 7 | $979.54 | | $2,075.00 | | $207.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 6/9/2020 | 8 | $979.54 | | $2,075.00 | | $207.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 7/9/2020 | 9 | $979.54 | | $2,075.00 | | $207.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 8/9/2020 | 10 | $979.54 | 7 at | **$2,075.00** | | $207.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 9/9/2020 | 11 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 10/9/2020 | 12 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 11/9/2020 | 13 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 12/9/2020 | 14 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 1/9/2021 | 15 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 2/9/2021 | 16 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 3/9/2021 | 17 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 4/9/2021 | 18 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 5/9/2021 | 19 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 6/9/2021 | 20 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 7/9/2021 | 21 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 8/9/2021 | 22 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 9/9/2021 | 23 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 10/9/2021 | 24 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 11/9/2021 | 25 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 12/9/2021 | 26 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 1/9/2022 | 27 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 2/9/2022 | 28 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 3/9/2022 | 29 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 4/9/2022 | 30 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 5/9/2022 | 31 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 6/9/2022 | 32 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 7/9/2022 | 33 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 8/9/2022 | 34 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 9/9/2022 | 35 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 10/9/2022 | 36 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 11/9/2022 | 37 | $439.54 | | $1,475.00 | | $147.50 | | | | $50.00 | | $181.55 | | $656.41 |
| 12/9/2022 | 38 | $439.54 | 28 at | **$1,475.00** | | $147.50 | | | | $50.00 | 38 at | **$181.55** | | $656.41 |
| 1/9/2023 | 39 | $432.00 | 1 at | **$3,132.68** | | $313.27 | | | 33 at | **$50.00** | 1 at | **$1,681.00** | | $656.41 |
| 2/9/2023 | 40 | $0.00 | 1 at | **$1,475.06** | | $147.51 | | | | | 1 at | **$671.14** | | $656.41 |
| 3/9/2023 | 41 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 4/9/2023 | 42 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 5/9/2023 | 43 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 6/9/2023 | 44 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 7/9/2023 | 45 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 8/9/2023 | 46 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 9/9/2023 | 47 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 10/9/2023 | 48 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 11/9/2023 | 49 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 12/9/2023 | 50 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 1/9/2024 | 51 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 2/9/2024 | 52 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 3/9/2024 | 53 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 4/9/2024 | 54 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 5/9/2024 | 55 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 6/9/2024 | 56 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 7/9/2024 | 57 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 8/9/2024 | 58 | $0.15 | | $1,863.00 | | $186.30 | | | | | | $1,020.14 | | $656.41 |
| 9/9/2024 | 59 | $0.15 | | $1,863.00 | | $186.30 | | | | | 19 at | **$1,020.14** | | $656.41 |
| 10/9/2024 | 60 | $0.23 | 20 at | **$1,863.00** | | $186.30 | 56 at | | | | 1 at | **$1,020.06** | | $656.41 |
| | | | | | | | | | | | | | | |
| **2-2023 AMD LIQ** | | $22,390.50 | | $109,009.74 | | $10,900.97 | | $2,500.00 | | $1,650.00 | | $29,653.76 | | $39,388.84 |
| **$21,880.50** | | $58,573.35 | | | | | | ATTY | | CLAIM 350 | | CLAIM 002 | | CLAIM 003 |
| | | 38% | | $71,749.74 | | | | $2,500.00 | | REDUCED | | 27505.03 @ 3% | | 39388.84 |
| | | AMD DI $1,818.60 | | | | | | | | | | 29653.76 | | SURVIVES |
| | | 2019 & 2021 Tax Liability | | | | | | | | | | | | PLAN |
| | | 2020 $1041 Applied t/2019 | | | | | | | | | | | | |

| DUE DATE | | | | CLAIM 005 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **7TH** | | | | BANK OZK | | PUEBLO BONITO | | | | | | | | |
| | | | | RV COACH | | TIMESHARE | | | | | | | | |
| | 60 | | | | | | | | | | | | | |
| 11/9/2019 | 1 | | | $841.83 | 1 at | PD O/S PLAN | | | | | | | | |
| 12/9/2019 | 2 | 2 | at | $841.83 | | | | | | | | | | |
| 1/9/2020 | 3 | 1 | at | $842.01 | | | | | | | | | | |
| 2/9/2020 | 4 | 1 | at | SURRENDERED | | | | | | | | | | |
| 3/9/2020 | 5 | | | | | | | | | | | | | |
| 4/9/2020 | 6 | | | | | | | | | | | | | |
| 5/9/2020 | 7 | | | | | | | | | | | | | |
| 6/9/2020 | 8 | | | | | | | | | | | | | |
| 7/9/2020 | 9 | | | | | | | | | | | | | |
| 8/9/2020 | 10 | | | | | | | | | | | | | |
| 9/9/2020 | 11 | | | | | | | | | | | | | |
| 10/9/2020 | 12 | | | | | | | | | | | | | |
| 11/9/2020 | 13 | | | | | | | | | | | | | |
| 12/9/2020 | 14 | | | | | | | | | | | | | |
| 1/9/2021 | 15 | | | | | | | | | | | | | |
| 2/9/2021 | 16 | | | | | | | | | | | | | |
| 3/9/2021 | 17 | | | | | | | | | | | | | |
| 4/9/2021 | 18 | | | | | | | | | | | | | |
| 5/9/2021 | 19 | | | | | | | | | | | | | |
| 6/9/2021 | 20 | | | | | | | | | | | | | |
| 7/9/2021 | 21 | | | | | | | | | | | | | |
| 8/9/2021 | 22 | | | | | | | | | | | | | |
| 9/9/2021 | 23 | | | | | | | | | | | | | |
| 10/9/2021 | 24 | | | | | | | | | | | | | |
| 11/9/2021 | 25 | | | | | | | | | | | | | |
| 12/9/2021 | 26 | | | | | | | | | | | | | |
| 1/9/2022 | 27 | | | | | | | | | | | | | |
| 2/9/2022 | 28 | | | | | | | | | | | | | |
| 3/9/2022 | 29 | | | | | | | | | | | | | |
| 4/9/2022 | 30 | | | | | | | | | | | | | |
| 5/9/2022 | 31 | | | | | | | | | | | | | |
| 6/9/2022 | 32 | | | | | | | | | | | | | |
| 7/9/2022 | 33 | | | | | | | | | | | | | |
| 8/9/2022 | 34 | | | | | | | | | | | | | |
| 9/9/2022 | 35 | | | | | | | | | | | | | |
| 10/9/2022 | 36 | | | | | | | | | | | | | |
| 11/9/2022 | 37 | | | | | | | | | | | | | |
| 12/9/2022 | 38 | | | | | | | | | | | | | |
| 1/9/2023 | 39 | | | | | | | | | | | | | |
| **2/9/2023** | **40** | | | | | | | | | | | | | |
| 3/9/2023 | 41 | | | | | | | | | | | | | |
| 4/9/2023 | 42 | | | | | | | | | | | | | |
| 5/9/2023 | 43 | | | | | | | | | | | | | |
| 6/9/2023 | 44 | | | | | | | | | | | | | |
| 7/9/2023 | 45 | | | | | | | | | | | | | |
| 8/9/2023 | 46 | | | | | | | | | | | | | |
| 9/9/2023 | 47 | | | | | | | | | | | | | |
| 10/9/2023 | 48 | | | | | | | | | | | | | |
| 11/9/2023 | 49 | | | | | | | | | | | | | |
| 12/9/2023 | 50 | | | | | | | | | | | | | |
| 1/9/2024 | 51 | | | | | | | | | | | | | |
| 2/9/2024 | 52 | | | | | | | | | | | | | |
| 3/9/2024 | 53 | | | | | | | | | | | | | |
| 4/9/2024 | 54 | | | | | | | | | | | | | |
| 5/9/2024 | 55 | | | | | | | | | | | | | |
| 6/9/2024 | 56 | | | | | | | | | | | | | |
| 7/9/2024 | 57 | | | | | | | | | | | | | |
| 8/9/2024 | 58 | | | | | | | | | | | | | |
| 9/9/2024 | 59 | | | | | | | | | | | | | |
| 10/9/2024 | 60 | | | | 59 at | | | 60 at | 60 at | 60 at | 60 at | 60 at | | |
| | | | | | | | | | | | | | | |
| **2-2023 AMD LIQ** | | | | $2,525.67 | | | | | | | | | | |
| **$21,880.50** | | | | CLAIM 005 | | | | | | | | | | |
| | | | | 2525.67 | | | | | | | | | | |
| AMD | | | | SURRENDERED | | | | | | | | | | |
| 2019 & 2021 | | | | | | | | | | | | | | |
| 2020 $1041 A | | | | | | | | | | | | | | |

| DUE DATE 7TH | | | | | | | | FINAL | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | | | |
| 11/9/2019 | 1 | | | | | | | | | |
| 12/9/2019 | 2 | | | | | | | | | |
| 1/9/2020 | 3 | | | | | | | | | |
| 2/9/2020 | 4 | | | | | | | | | |
| 3/9/2020 | 5 | | | | | | | | | |
| 4/9/2020 | 6 | | | | | | | | | |
| 5/9/2020 | 7 | | | | | | | | | |
| 6/9/2020 | 8 | | | | | | | | | |
| 7/9/2020 | 9 | | | | | | | | | |
| 8/9/2020 | 10 | | | | | | | | | |
| 9/9/2020 | 11 | | | | | | | | | |
| 10/9/2020 | 12 | | | | | | | | | |
| 11/9/2020 | 13 | | | | | | | | | |
| 12/9/2020 | 14 | | | | | | | | | |
| 1/9/2021 | 15 | | | | | | | | | |
| 2/9/2021 | 16 | | | | | | | | | |
| 3/9/2021 | 17 | | | | | | | | | |
| 4/9/2021 | 18 | | | | | | | | | |
| 5/9/2021 | 19 | | | | | | | | | |
| 6/9/2021 | 20 | | | | | | | | | |
| 7/9/2021 | 21 | | | | | | | | | |
| 8/9/2021 | 22 | | | | | | | | | |
| 9/9/2021 | 23 | | | | | | | | | |
| 10/9/2021 | 24 | | | | | | | | | |
| 11/9/2021 | 25 | | | | | | | | | |
| 12/9/2021 | 26 | | | | | | | | | |
| 1/9/2022 | 27 | | | | | | | | | |
| 2/9/2022 | 28 | | | | | | | | | |
| 3/9/2022 | 29 | | | | | | | | | |
| 4/9/2022 | 30 | | | | | | | | | |
| 5/9/2022 | 31 | | | | | | | | | |
| 6/9/2022 | 32 | | | | | | | | | |
| 7/9/2022 | 33 | | | | | | | | | |
| 8/9/2022 | 34 | | | | | | | | | |
| 9/9/2022 | 35 | | | | | | | | | |
| 10/9/2022 | 36 | | | | | | | | | |
| 11/9/2022 | 37 | | | | | | | | | |
| 12/9/2022 | 38 | | | | | | | | | |
| 1/9/2023 | 39 | | | | | | | | | |
| 2/9/2023 | 40 | | | | | | | | | |
| 3/9/2023 | 41 | | | | | | | | | |
| 4/9/2023 | 42 | | | | | | | | | |
| 5/9/2023 | 43 | | | | | | | | | |
| 6/9/2023 | 44 | | | | | | | | | |
| 7/9/2023 | 45 | | | | | | | | | |
| 8/9/2023 | 46 | | | | | | | | | |
| 9/9/2023 | 47 | | | | | | | | | |
| 10/9/2023 | 48 | | | | | | | | | |
| 11/9/2023 | 49 | | | | | | | | | |
| 12/9/2023 | 50 | | | | | | | | | |
| 1/9/2024 | 51 | | | | | | | | | |
| 2/9/2024 | 52 | | | | | | | | | |
| 3/9/2024 | 53 | | | | | | | | | |
| 4/9/2024 | 54 | | | | | | | | | |
| 5/9/2024 | 55 | | | | | | | | | |
| 6/9/2024 | 56 | | | | | | | | | |
| 7/9/2024 | 57 | | | | | | | | | |
| 8/9/2024 | 58 | | | | | | | | | |
| 9/9/2024 | 59 | | | | | | | | | |
| 10/9/2024 | 60 | 60 at | | 60 at | | 60 at | | | | |
| 2-2023 AMD LIQ | | | | | | | | | | |
| $21,880.50 | | | | | | | | | | |
| | AMD | | | | | | | | | |
| 2019 & 2021 | | | | | | | | | | |
| 2020 $1041 A| | | | | | | | | | | |